ORIGINAL

FILED
APR 11 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Government Telecommunications, Inc.
4500 Southgate Place, Suite 300
Chantilly, Virginia 20151,

Plaintiff,

v.

The United States,

Defendant.

No. 05- 463C

## RCFC 7.1(a) DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses pursuant to RCFC 7.1(a) that GTI is a wholly owned subsidiary of Computer Equity Corporation. Computer Equity Corporation is a wholly owned subsidiary of Applied Digital Solutions, Inc., headquartered in Delray Beach, Florida. Applied Digital Solutions, Inc., which is publicly held, trades under the ticker symbol ADSX.

Dated: this 11th day of April 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax

Attorneys for Plaintiff