IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., Plaintiff, | ) | |
| v. | ) | No. 05-463C (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of LAUREN S. MOORE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Lauren S. Moore

LAUREN S. MOORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6288
Facsimile: (202) 514-8640

Dated: May 2, 2005

## CERTIFICATE OF FILING

I hereby certify that on May 2, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lauren S. Moore