# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC. | | |
| *Plaintiff,* | | Nos. 05-463C, 05-491C, 05-547C, 05-592C |
| v. | | Filed: September 19, 2005 |
| THE UNITED STATES, | | |
| *Defendant.* | | Senior Judge Smith |

## ORDER

Pursuant to RCFC 42(a) the Court hereby GRANTS Plaintiff's Unopposed Motion to Consolidate case nos. 05-463C, 05-491C, 05-547C and 05-592C. Case No. 05-463C shall be the lead case. The Joint Preliminary Status Report (JPSR) for the consolidated actions shall be filed no later than October 31, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge