# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
GOVERNMENT *
TELECOMMUNICATIONS, INC. *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * *

Nos. 05-463C, 05-491C, 05-547C, 05-592C

Filed: November 2, 2005

Senior Judge Smith

**ORDER**

The Court hereby GRANTS Plaintiff's Unopposed Motion for Enlargement of Time to file the Joint Preliminary Status Report (JPSR). The JPSR shall be filed on or before November 10, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge