IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-463C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES

Defendant, upon behalf of both parties, respectfully requests an enlargement of time of 15 calendar days, to and including December 13, 2005, within which to exchange initial disclosures in accordance with Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"). The parties' initial disclosures are currently due on November 28, 2005. This is either party's first request for an enlargement of time for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion; he has stated that plaintiff concurs in this motion.

The additional time is necessary because, although the parties have begun to compile documents in order to comply with the initial disclosure required by the Court's rules, they have not completed their document compilation. Counsel for both parties expect that the additional time will be sufficient within which to complete their compilation of documents, and delivery of those documents to opposing counsel. Thus, the additional time

is necessary within which to comply with RCFC 26(a)(1).

For the foregoing reason, we respectfully request that our motion for an enlargement of time, upon behalf of both parties, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

NOVEMBER 28, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 28th day of NOVEMBER, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system, and that the parties may access this filing through the Court’s system.

/s/ Lauren S. Moore