# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * *** | | |
| GOVERNMENT TELECOMMUNICATIONS, INC. | * | |
| *Plaintiff,* | * | No. 05-463C consolidated with 05-491C, 05-547C, 05-592C |
| v. | * | Filed: November 28, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**PRELIMINARY SCHEDULING CONFERENCE ORDER**

The Court hereby SCHEDULES the preliminary scheduling telephone conference for Tuesday, December 6, 2005, at 11:00 a.m. EST.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge