# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC. | | |
| *Plaintiff,* | | No. 05-463C consolidated with 05-491C, 05-547C, 05-592C |
| v. | | |
| | | Filed: November 29, 2005 |
| THE UNITED STATES, | | |
| *Defendant.* | | Senior Judge Smith |

**ORDER**

The Court hereby GRANTS Defendant's Motion for Extension of Time, upon behalf of both parties, within which to exchange initial disclosures in accordance with RCFC 26 (a)(1) to December 13, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge