# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC. | * | |
| *Plaintiff,* | * | No. 05-463C consolidated with 05-491C, 05-547C, 05-592C |
| v. | * | Filed: December 6, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

**ORDER**

Pursuant to the preliminary scheduling conference the discovery schedule is as follows:

Fact Discovery to be conducted until April 28, 2006.
Expert reports are to be submitted by June 15, 2006.
Discovery of experts shall take place between June 15-July 14, 2006.

The Court further SCHEDULES a telephone status conference for Tuesday, July 18, 2006 at 11:00 a.m. EDT to discuss further proceedings in this litigation. In the event this matter becomes settled before the scheduled telephone conference, the parties are directed to contact the Court to schedule a status conference for an earlier date.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge