# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * ***
GOVERNMENT *
TELECOMMUNICATIONS, INC. *
*
*Plaintiff,* * No. 05-463C consolidated with 05-491C, 05-547C, 05-592C
*
v. *
* Filed: May 3, 2006
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiff's Motion for Enlargement of Time to complete discovery. Discovery shall be completed on or before September 29, 2006.

The Court further CANCELS the telephone status conference previously set for Tuesday, July 18, 2006 at 11:00 a.m. EDT. The Court RESCHEDULES the telephone status conference for Wednesday, October 18, 2006 at 4:00 p.m. EDT to discuss the next steps in this litigation.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge