# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **GOVERNMENT TELECOMMUNICATIONS, INC.**, *Plaintiff*, | | Case No. 05-463C consol. with 05-491, 05-547, 05-592 |
| v. | | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant*. | | Filed: October 26, 2006 |

## ORDER

The Court hereby GRANTS Plaintiff's Motion for Extension of Time, Upon Behalf of Both Parties. The time to complete discovery shall be extended to Wednesday, January 31, 2007.

The Court hereby RESCHEDULES the telephone status conference scheduled for October 18, 2006 to Tuesday, February 13, 2007 at 11:00 a.m. EST.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge