# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GOVERNMENT TELECOMMUNICATIONS, INC. | * | |
| *Plaintiff,* | * | Nos. 05-463C consolidated with 05-491C, 05-547C, and 05-592C<br>No. 05-966C |
| v. | * | Filed: February 20, 2007 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

## ORDER

Pursuant to the representations made by the parties that the cases are tentatively settled, the Court hereby SCHEDULES a telephone status conference for Friday, April 20, 2007 at 11:00 a.m. If the matter becomes settled before April 20, 2007, this order shall automatically be vacated.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge